W4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LONNIE DAWSON : CIVIL ACTION

v. :

COMMONWEALTH OF PHILA., *et al.* : 09-3691

**FILED MAY 20 2010**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20 day of May, 2010, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, inclusive of all exhibits thereto, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and no objections having been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing; and

3. Petitioner has not met statutory requirements to have his case heard and no reasonable jurist could find this procedural ruling debatable; thus, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
WILLIAM H. YOHN, JR., J.

Mailed
5-20-10
L. Dawson
PP
J. Goldborough

Docket to Stats