IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LONNIE DAWSON | : CIVIL ACTION |
|---|---|
| vs. | : |
| ACTING WARDEN HOLENCHE, ET AL. | : NO. 09cv3691 |

O R D E R

**AND NOW**, this 29th day of March, 2011, pursuant to the Order of the U.S. Court of Appeals for the Third Circuit filed March 8, 2011 in 10-3084, the court finds that petitioner's notice of appeal, filed July 9, 2010, together with his June 28, 2010 motion for reconsideration is construed as a motion to extend the time to appeal under Federal Rule of Civil Procedure 4(a)(5).

**IT IS FURTHER ORDERED** that the Clerk shall forward a copy of this memorandum and order to the U.S. Court of Appeals for the Third Circuit for its consideration.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge